

**ANDREW K. CUDDY**
MANAGING ATTORNEY

**BENJAMIN M. KOPP**
SENIOR ATTORNEY
FEDERAL LITIGATION TEAM LEADER
(NY)
BKOPP@CUDDYLAWFIRM.COM

**PRINCIPAL OFFICE (MAILING ADDRESS)**
5693 SOUTH STREET ROAD
AUBURN, NY 13021
(315) 370-4020

**OFFICES**
VALHALLA, NY | PHILADELPHIA, PA
CLEVELAND, OH | CHARLOTTE, NC

April 22, 2025

Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: S.S.(1), appellant v. New York City Dept. of Educ., Docket No. 25-793

Dear Hon. Clerk of the Court:

    This Court has directed that a number of fee dispute appeals involving the Cuddy Law Firm will be briefed and heard in tandem. *See, e.g.,* Case Mgmt. Order, No. 22-1184, ECF No. 65. And "[a]dditional fee dispute appeals taken by either party during the pendency of these tandem appeals, in the exercise of this Court's discretion, will be remanded to the district court for reconsideration following the determination of these appeals." *Id.* ¶ 9.

    Recently, a court sitting in the Southern District of New York issued a fee determination involving the Cuddy Law Firm and the New York City Department of Education, underlying the appeal at issue in this letter. Currently, the tandem appeals are scheduled for oral arguments to be heard on April 24, 2025.

    The parties submit this joint letter to state their anticipation that this Court's decision in the tandem appeals will assist final resolution of the above appeals in a manner warranting current remand of *S.S.(1)*, pending decision on the tandem appeals.

    Thank you for your consideration of this matter.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.